UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                                          CHAPTER 13

JAMES J. BRAUSEN                                                     CASE NO. 12-82938

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:   CENLAR FSB**                            **Court claim #: 16**

**Last four digits** of any number used to identify the debtor's account: 1575

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $1490.39 (Per Confirmed Plan Filed 1/22/13) |
| Amount Paid by Trustee | $1490.30 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐   Thru the Chapter 13 Plan | ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   7/27/17                                              s/Lydia S. Meyer_____
                                                                       Lydia S. Meyer, Trustee
                                                                       308 W. State St., Suite 212
                                                                       Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 27th Day of July, 2017.

Dated:   7/27/17                                              /s/Cynthia K. Burnard

CENLAR FSB
ATTN: BANKRUPTCY
PO BOX 77409
EWING, NJ 08618

MOTOROLA EMPLOYEES CREDIT UNION
ATTN:  COLLECTIONS
1205 EAST ALGONQUIN ROAD
SCHAUMBURG, IL  60196-1065

CARROLL LAW OFFICES, PC
310 SOUTH COUNTY FARM RD., SUITE H
WHEATON, IL  60187

JAMES J. BRAUSEN
517 RUGBY
SCHAUMBURG, IL  60194

SULAIMAN LAW GROUP LTD
900 JORIE BLVD., SUITE 150
OAK BROOK, IL  60523